Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−19464−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Vosburgh
   aka William James Vosburgh
   7805 Raymond Dr
   Millville, NJ 08332

Social Security No.:
   xxx−xx−7865

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/6/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 6, 2025
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 24-19464-JNP
William J. Vosburgh                                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                         Page 1 of 3
Date Rcvd: Mar 06, 2025                 Form ID: 148                     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Vosburgh, 7805 Raymond Dr, Millville, NJ 08332-5921 |
| 520402484 | + | Bridgeton Onized FCU, 2550 S Main Road, Vineland, NJ 08360-7138 |
| 520402487 | + | Commercial Township Tax Office, 1768 Main Street, Port Norris, NJ 08349-3348 |
| 520402496 | + | KML Law Group, PC, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520416061 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 06 2025 20:56:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520402482 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 06 2025 20:56:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520402483 | + | Email/Text: bankruptcy@bbandt.com | Mar 06 2025 20:56:00 | BRANCH B&T, 223 WEST NASH ST WILSON, Wilson, NC 27893-3801 |
| 520402485 | | Email/Text: EBN@brockandscott.com | Mar 06 2025 20:55:00 | Brock and Scott PLLC, 302 Fellowship Rd, Ste 130, Mount Laurel, NJ 08054-1218 |
| 520402486 | + | EDI: CAPITALONE.COM | Mar 07 2025 01:40:00 | CAPITAL ONE/WALMART, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 520402486 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 21:27:55 | CAPITAL ONE/WALMART, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 520402488 | + | EDI: CCS.COM | Mar 07 2025 01:40:00 | CREDIT COLLECTION SERVICES, PO BOX 607 NORWOOD, Norwood, MA 02062-0607 |
| 520418397 | + | EDI: AIS.COM | Mar 07 2025 01:40:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520418397 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2025 21:27:48 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520402489 | + | EDI: DISCOVER | Mar 07 2025 01:40:00 | DISCOVER BANK, PO BOX 30939, Salt Lake City, UT 84130-0939 |
| 520412370 | | EDI: DISCOVER | Mar 07 2025 01:40:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520402490 | + | EDI: AMINFOFP.COM | Mar 07 2025 01:40:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |

Case 24-19464-JNP    Doc 40    Filed 03/08/25    Entered 03/09/25 00:25:28    Desc Imaged
                    Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 148 | Total Noticed: 35 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520402490 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 06 2025 21:28:01 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520402493 | | EDI: IRS.COM | Mar 07 2025 01:40:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 520466918 | | EDI: JEFFERSONCAP.COM | Mar 07 2025 01:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520402494 | + | EDI: JPMORGANCHASE | Mar 07 2025 01:40:00 | JPMCB CARD SERVICES, PO BOX 15369 WILMINGTON, Wilmington, DE 19850-5369 |
| 520402494 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2025 21:27:59 | JPMCB CARD SERVICES, PO BOX 15369 WILMINGTON, Wilmington, DE 19850-5369 |
| 520402495 | + | EDI: JPMORGANCHASE | Mar 07 2025 01:40:00 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850-5369 |
| 520402495 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2025 21:12:03 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850-5369 |
| 520402497 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 21:10:48 | LVNV FUNDING LLC, PO BOX 1269, C/O RESURGENT CAPITAL SERVICES, Greenville, SC 29602-1269 |
| 520447504 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 21:27:09 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520402500 | ^ | MEBN | Mar 06 2025 20:53:12 | MOVEMENT MORTGAGE/SERVICEMAC, PO BOX 100078 DULUTH,, Duluth, GA 30096-9377 |
| 520402499 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 06 2025 20:56:00 | Midland Credit Management INC, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520402498 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 06 2025 20:56:00 | Midland Credit Management Inc, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 520463945 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 06 2025 20:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 520474908 | ^ | MEBN | Mar 06 2025 20:54:46 | Movement Mortgage, LLC c/o, ServiceMac, LLC, 9726 Old Bailes Road Suite 200, Fort Mill, SC 29707-7882 |
| 520402501 | ^ | MEBN | Mar 06 2025 20:53:20 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 520402502 | | Email/Text: signed.order@pfwattorneys.com | Mar 06 2025 20:55:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520412732 | | EDI: Q3G.COM | Mar 07 2025 01:40:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520402503 | | Email/Text: bankruptcy@sequium.com | Mar 06 2025 20:55:00 | Sequium asset solutions LLC, 1130 Northchase Parkway Suite 150, Marietta, GA 30067 |
| 520402504 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 06 2025 20:55:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 520473682 | | Email/Text: bankruptcy@mtabt.org | Mar 06 2025 20:56:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520426895 | + | Email/Text: bankruptcy@bbandt.com | Mar 06 2025 20:56:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 520435227 | + | Email/Text: bankruptcy@bbandt.com | Mar 06 2025 20:56:00 | Truist Bank, Support Services, P. O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 36

Case 24-19464-JNP　　Doc 40　　Filed 03/08/25　　Entered 03/09/25 00:25:28　　Desc Imaged
Certificate of Notice　　Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 148 | Total Noticed: 35 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520402491 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520402492 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 08, 2025　　　　　　Signature:　　／s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Joshua I. Goldman | on behalf of Creditor Movement Mortgage LLC josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor William J. Vosburgh mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4